# EXHIBIT 2

# Islam
## Outcome: Origin of Islam



1. Setting the Stage: __Arabian Peninsula__
    a. 3 Continents
        i. __Africa__, Asia, and __Europe__
        ii. Mostly desert with few oases for little __agriculture__
        iii. Desert inhabited by __nomadic Arab__ herders

    b. __Bedouins__: Arab nomads organized into tribes and clans
        i. Had ideals of __courage__ & __loyalty__ to the family
        ii. Possessed __warrior skills__
        iii. Would become part of __Islamic__ way of life

    c. __Mecca__: City in Western Arabia (Modern day __Saudi Arabia__)
        i. __Ka'aba__: ancient shrine people came to worship at
            1. Black stone- built by __Abraham__
            2. Contained __360 idols__ worshipped by many tribes

        ii. __Muhammad__
            1. __Orphaned__ at age 6 and raised by grandfather and uncle
            2. At age 25 Muhammad became a __businessman__ and __trader__
            3. Married __Khadijah__, a businesswoman
            4. Life changes: While meditating in a cave, he is visited by __angel Gabriel__ who proclaims to Muhammad to preach message that there is only __one true god__
            5. Began to preach and spread __Islam__
            6. Not seen as __divine__ (having extra power)

**Islam: __Submission to will of Allah (god)__
**Muslim: __One who has submitted__



iii. **Hijrah & Return to Mecca**
    1. in 622 AD, Mohammad and followers leave Mecca for __Medina__ and continue to spread Islam known as the __Hijrah__
    2. Becomes "__Year 1__" for Muslims
    3. First __mosque__ established for Islam
    4. 630 AD, Muhammad __returns__ to __Mecca__ and destroys the idols in the Ka'aba (__most sacred site__)
    5. Muhammad dies 2 years later at age of __62__

2. **Islam Grows and Expands**
    a. Muhammad <u>didn't name a successor</u> or instructed his followers on how to chose one
    b. Tribal customs led to the election of <u>Abu-bakr</u>, a loyal friend of Muhammad to be the successor
    c. Abu-Bakr became the first <u>caliph</u> or "successor" or "deputy"
    d. Later, disagreements over who should succeed <u>caused a split</u> in Islam
        i. <u>Shi'a</u>, or Shi'ites, believe that the caliph needed to be a <u>descendent</u> of Muhammad
        ii. <u>Sunni</u> Muslims acknowledge the first four caliphs as rightful successors of Muhammad even though they weren't of <u>same blood</u>

3. **Beliefs and Practices: The Five Pillars**
    a. **Faith:** There is no god but <u>Allah</u> and Muhammad is the <u>messanger</u> of Allah
    b. **Prayer:** Pray <u>5</u> times a day towards <u>Mecca</u>
    c. **Alms:** <u>Give alms (money for the poor)</u>
    d. **Fasting:** During holy month of <u>Ramadan</u> Muslims <u>fast</u> between dawn and sunset
    e. **Pilgrimage:** Must visit <u>Mecca</u> at one point in lifetime if capable. Known as <u>the hajj</u>.

4. **The <u>Qur'an</u>**
    a. Islamic <u>holy text</u>
    b. Allah is the source of <u>authority</u>
    c. Written in <u>Arabic</u>, only true version

5. **Links to Judaism and Christianity**
    a. Muslims, Christians, and Jews trace ancestry back to <u>Abraham</u>
    b. To Muslims, Allah is the same god that is worshipped in <u>Christianity</u> and <u>Judaism</u>
    c. Qur'an is the word of Allah as revealed to Muhammad in the same way that Jews and Christians believe the <u>Torah</u> and the <u>Gospels</u> were revealed to Moses and the New Testament writers.
    d. All three are "<u>people of the book</u>" due to their use of a holy book

**Summary:** Shenada - testimony/declartion of faith.
Salah - prayer 5 times a day
Zakat - 2½% charity to poor
Saum - fasting, month of Ramadan
Hajj - pilgrimage

# Islam
## Outcome: Islamic Empires




1. **Setting the Stage: Islamic Culture**
   a. The Qur'an says "Men are the **managers** of the affairs of **women** " and " **Righteous women** are therefore **obedient**."
   b. Qur'an also declares that men and women, **as believers** are **equal**
   c. After the fall of Rome in 476, **Muslim scholars preserved** and expanded much of the **scientific knowledge** that had been gained
   d. In early 800s, the **House** of **Wisdom** was built in Baghdad; place where different cultures worked side by side to **translate txt** from Greece, India, Persia and elsewhere into Arabic
   e. Muslim scientists made many advances in **mathematics** and **astronomy**
   f. Islam led to the rise of three important empires: The **Ottoman**, **Safavids**, and **Mughals**

2. **The Ottoman Empire**
   a. **Where were they located?**
      i. **Bezantium** & **Anatalia** (Modern day **Turkey**)
      ii. By 1566, lands included **Hungary** in the North, **Egypt** in the South, **Algeria** in the West, and **Mesopotamia** in the East
   b. **Who were they?**
      i. Anatolia was home to many descendents of nomadic, **militaristic turks** who had a long history of **invading other countries**
      ii. Many Anatolian Turks saw themselves as **ghazis**, or warriors for Islam
      iii. **Osman** was the most successful ghazi; followers called **Ottomans** in the West
      iv. Ottomans successful military relied on **gunpowder**
      v. **Mehmed I** and **Mehmed II** led expansion of empire through 1566
      vi. Mehmed II captured **Constantinople** and opened it to Jews, Christians, and Muslims; Muslims renamed it **Istanbul**
      vii. **Selim the Grim** captured **Mecca**, **Medina**, & Cairo for the Ottomans
      viii. By 1526, **Suleyman** the **lawgiver** controlled the Eastern Mediterranean Sea, added Tripoli in North Africa, and extended power into Europe; was most powerful Monarch on earth
   c. **Why they are significant**
      i. The Ottomans **acted kindly** to those they conquered; often **improved** the lives of peasants living in their territories
      ii. Had one of the largest empires in history; lasted until **World War 1**

3. **The Safavids**
   a. **Where were they located?**
      i. East of **Mesopotamia** but West of **India**
      ii. Part of the **former persian** empire
   b. **Who were they?**
      i. Part of the **Shi'a** branch of Islam
      ii. Concentrated on building a powerful **army**




C.W.

    iii. In 1501, Isma'il conquered modern day **Iran**; gave himself Persian title of Shah & established **Shi'a Islam** in that region (Still there today)
    iv. Isma'il was a **religious tyrant** who put anyone to death who didn't covert to Shi'ism; also **destroyed Sunni** population
    v. Ottoman leader Selim the Grim responded by ordering **execution** of upwards of **40,000 Shi'a** in the Ottoman Empire
    vi. _____ _____ reformed the Safavid military and civilian life
    vii. He also _____ _____ severely and hired foreigners in the gov't
    viii. Shah Abbas built beautiful city of _____ in Iran
        1. Esfahan had _____ _____ _____ in the city
        2. Esfahan had intricate _____, metalwork, _____ & _____ work
    ix. Shah Abbas _____ _____ leading to incompetent leaders and a swift decline of the empire soon after

  c. Why they are significant
    i. Established _____ _____ in modern day _____
    ii. Created _____ _____ still on display in Esfahan
    iii. Were an example of _____ _____ of Persian, Ottoman, and Arab cultures

4. **The Mughals**
  a. Where were they located?
    i. Northern _____ eventually reaching _____ _____
  b. Who were they?
    i. Descendents of the _____
    ii. A brilliant general named _____ swept down into India and laid the foundation for the Mughal Empire
    iii. Babur's _____ _____ ruled India with tolerance from 1556-1605
    iv. Akbar had a strong military backed with _____/_____ which allowed him to move south into the Deccan Plateau
    v. _____ a land of _____ _____ people
    vi. Akbar believed in _____ _____; he married, among others, two _____, a _____, and a _____
    vii. _____, _____, language, and writing _____ under Akbar's empire
    viii. Akbar's grandson _____ _____ built the beautiful _____ _____ for his wife Mumtaz Mahal who died at age 39 giving birth to her _____ child
    ix. While Shah Jahan built, the country was _____ and _____
    x. Shah Jahan's 3rd son Aurangzeb drained the empire of resources, 2 million people _____ of _____, his subjects _____ to him anymore and the empire was crumbling

  c. Why they are significant
    i. The Taj Mahal has become one of the most _____ pieces of _____ in the world
    ii. The decline of the Mughals _____ _____ to slowly come to dominate India, which will later lead the _____

**Summary:**

**C.W.**

Name: _____  Hour __4__

# Unit 7 Reading Guide: Islam

## Chapter 10: The Muslim World
### Section 1: The Rise of Islam (p. 263)
#### Setting the Stage

1. What areas did Southwest Asia (The Middle East) work as a bridge between?
   - Mediterranean Sea
   - Persian Gulf
   - Sinai Peninsulas

#### Deserts, Towns, and Trade Routes

2. Describe the geography of the Arabian Peninsula: Desert, Southwest are mountain ranges

#### Desert and Town Life

3. Who were the Bedouins? Arabic speaking nomadic people

#### Mecca

4. What is the Ka'aba and what was it used for? Cuboid building at center of most sacred mosque

#### The Prophet Muhammad

5. Describe Muhammad's upbringing:

6. How was Muhammad's life changed (be specific)?

7. What does Islam mean? monotheistic faith regarded as revealed through Muhammad

8. What does Muslim mean? a follower of the religion of Islam

#### The Hijrah

9. What was the Hijrah and what did it mean for Muhammad? the prophet muhammad's migration from mecca to medina

#### Returning to Mecca

10. What did Muhammad do when he returned to Mecca? He forgave the people for trying to destroy his message

### Beliefs and Practices of Islam
#### The Five Pillars

11. What are the 5 Pillars of Islam
    - faith or belief in the oneness of god and the finality of the prophethood of muhammad
    - establish of daily prayer
    - concern for and almsgiving to the needy
    - self-purification through fasting
    - Pilgrimage to Mecca

### A Way of Life

12. What other customs, morals, and laws do Muslims do in their daily lives?

Believe in one god, All children are born without sin and all people can lead themselves to salvation

### Sources of Authority

13. Describe the Qur'an:

Central religion text of islam
Quranic chapters are called suras and verses are called ayahs

### Links to Judaism and Christianity

14. How is Islam similar/different than Judaism and Christianity?

All believe in one god.
Prophets and divine revelation
angels and satan.
Special covenant with god

## Section 2: Islam Expands (p. 269)

### Muhammad's Successors Spread Islam

15. What is a caliph and who was the first caliph?

Chief muslim civil/religious ruler
Abu Bakr

### "Rightly Guided" Caliphs

16. Who were the "Rightly Guided" caliphs?
- Abu Bakr
- Uthman ibn Affan
- Ali ibn Abi Talib

17. What two meanings does the word "jihad" have?
- Struggle
- resisting

### Treatment of Conquered Peoples

18. How did Muslim conquerors treat those they conquered? Why?

With tolerance, kindness and respect

### Internal Conflict Creates a Crisis

19. Who were the following groups:
    a. Umayyads largely merchant family of Quaysh tribe
    b. Shi'a Group of followers
    c. Sunni Belief that muhammad died without appointing a successor
    d. Sufi Concept in islam defined by scholars
    e. Abbasids third of the islamic caliphates

**Section 3: Muslim Culture (p. 273)**
    <u>Muslim Society</u>
        **Four Social Classes**

20. List the four social classes of Muslim society:
- Clergy/nobles
- Merchants
- Businessman
- The slaves

        **Role of Women**

21. What does the Qur'an say about women?
Women should

22. What were some of the rights women had?

23. What were some of the responsibilities of Muslim women?