BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

MELISA WOOD, et al.                    *

    Plaintiffs

v.                                     *     Case No.:    8:16-cv-00239 GJH

CHARLES COUNTY BOARD OF EDUCATION, et al.

    Defendants                         *

        *                   *                   *

## LINE

    Please docket Exhibit No. 2 (redacted) and remove current Exhibit No. 2 filed with the Complaint (Document No. 1) on 27 January 2016 in error. Document No. 3 is a copy of the redacted exhibit which corrects Exhibit No. 2 by removing the name of the minor child). The Case Administrator has applied a temporary security on the case until the oversight is corrected.

                                                                     /s/
                                        MICHAEL J. MORAN, Esquire
                                        The Law Offices of Michael J. Moran, P.C.
                                        3407 Eastern Boulevard-Suite A
                                        Middle River, MD 21220
                                        410.687.8494
                                        mikemoran@verizon.net

                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 1st day of February 2016 I caused a copy of the foregoing paper to be mailed, by first class mail, postage prepaid to: Lisa Y. Settles, Esquire, c/o PK LAW, 901 Dulaney Vallley Road, Suite 500, Towson, MD 21204.

                                                    /s/
                                          MICHAEL J. MORAN, Esquire